**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NICHOLAS WEBB & <br> THAD BEVERSDORF, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL FRAWLEY, <br><br> Defendant. <br><br> v. <br><br> JEFFERIES LLC, <br><br> Respondent in Discovery. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Removal from the Circuit Court of Cook County Illinois, County Department, Law Division |

**NOTICE OF REMOVAL**

To: United States District Court
Northern District of Illinois
Eastern Division

Defendant Michael Frawley, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby removes to this Court the state court action described below that is currently pending in the Circuit Court of Cook County, Illinois, County Department, Law Division under the caption and case number, *Nicholas Webb & Thad Beversdorf v. Michael Frawley*, Case No. 2015 L 6104. In support of this Notice, Defendant states as follows:

1. Plaintiffs Nicholas Webb and Thad Beversdorf filed this action on June 16, 2015 in the Circuit Court of Cook County, Illinois, asserting claims for tortious interference with contract and fraud. A copy of the Complaint and Summons served upon Defendant is attached hereto as **Exhibit 1**.

2. Service upon Defendant was made on June 26, 2015. This Notice has been filed in this Court within the time allowed by law for the removal of civil actions pursuant to 28 U.S.C. § 1446(b).

3. Defendant Frawley is an individual domiciled in the state of New York. (Compl. ¶ 3.)

4. Plaintiff Webb is an individual domiciled in the state of Illinois. (Compl. ¶ 2.)

5. Plaintiff Beversdorf is an individual domiciled in the state of Illinois. (Compl. ¶ 1.)

6. Plaintiffs also name Jefferies, LLC ("Jefferies") as a respondent in discovery pursuant to 735 ILCS 5/2-402. Jefferies is a Delaware limited liability company headquartered in New York. (Compl. ¶ 4.) Jefferies is not a party to this lawsuit, and Plaintiffs do not seek recovery from Jefferies. (*See* Compl. ¶¶ 65-67.) *Jass v. Prudential Health Care Plan, Inc.*, 88 F.3d 1482, 1485 n.3 (7th Cir. 1996) (a respondent in discovery is not a party to the lawsuit and its citizenship is not considered for purposes of removal).

7. Plaintiffs Webb and Beversdorf each seek damages in excess of $100,000 against Defendant, or an amount in excess of $50,000 for each count of their two-count Complaint. (Compl. ¶ 69 (Webb), ¶ 69 (Beversdorf), ¶ 73 (Webb), ¶ 73 (Beversdorf).) Plaintiffs also seek recovery for attorneys' fees. (Compl. ¶ 73 (Webb), ¶ 73 (Beversdorf).)

8. This is a civil action between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs. Therefore, this Court has original jurisdiction under 28 U.S.C. § 1332, and Defendant may remove to this Court pursuant to 28 U.S.C. § 1441.

9. Venue is proper because the United States District Court for the Northern District of Illinois, Eastern Division, is the district and division embracing the place where the state court action is pending, *i.e.*, Cook County, Illinois.

10. As required by 28 U.S.C. § 1446(d), a copy of this Notice is being filed contemporaneously with the Clerk of the Circuit Court of Cook County and served upon opposing counsel.

DATED: July 22, 2015                    Respectfully submitted,

/s/ J Matthew Haws

Arthur W. Hahn
Dawn M. Canty
J Matthew Haws
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois 60661
(312) 902-5200

*Attorneys for Defendant Michael Frawley*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of July 2015, I did cause a copy of the foregoing *Notice of Removal* to be served, by U.S. Mail, upon the following counsel of record:

    Cornelius E. McKnight
    Nathan P. Karlsgodt
    MCKNIGHT, KITZINGER & PRAVDIC, LLC
    117 North Jefferson Street, Suite 301
    Chicago, Illinois 60661
    312.463.9400
    nmcknight@mkplawyers.com

    Jefferey R. Wang
    Friedman Kaplan Seiler & Adelman LLP
    7 Times Square
    New York, NY 10036-6516
    212.833.1175
    jwang@fklaw.com

                                                /s/ J Matthew Haws
                                               One of Defendant's Attorneys