## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Nicholas Webb & Thad Beversdorf, Plaintiffs
v. Michael Frawley, Defendant.

v.

Jefferies LLC, Respondent in Discovery.

Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Michael Frawley

| | |
|---|---|
| NAME (Type or print) <br> Dawn M. Canty | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Dawn M. Canty | |
| FIRM Katten Muchin Rosenman LLP | |
| STREET ADDRESS 525 West Monroe Street | |
| CITY/STATE/ZIP Chicago, IL 60661 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6200971 | TELEPHONE NUMBER 312.902.5200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") Y | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Y | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br> RETAINED COUNSEL X  APPOINTED COUNSEL | |