# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Nicholas Webb, et al.

                      Plaintiff,

v.                                            Case No.: 1:15–cv–06406
                                            Honorable Samuel Der–Yeghiayan

Michael Frawley

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 29, 2015:

      MINUTE entry before the Honorable Samuel Der–Yeghiayan: Status hearing held and continued to 03/24/16 at 9:00 a.m. As stated on the record, parties are given leave to take limited discovery as it relates to jurisdiction/amount in controversy. Defendant to file it memorandum by 01/22/16 and Plaintiff to file its reply memorandum by 02/12/16. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.